that appellants pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

J. CARL BECHER, Respondent, v. SAUL BIRNS, Appellant, and LOUIS GOLD and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOHN BLOOD, an Infant, by HENRY BLOOD, His Guardian ad Litem, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THOMAS F. BYRON, Respondent, v. PARLA R. JOHNSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CHASRA CO., INC., Appellant, v. BEACH THIRTY-FIRST STREET CORPORATION, Respondent.— Motion for leave to produce deed upon argument of appeal and to file a supplemental brief granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CITIZENS DEVELOPMENT, INC., Respondent, v. BERNARD BLOOM, Defendant. NARSEG REALTY CO., INC., and ALBERT C. MOSS, Appellants, and AMBROSE G. TODD, as Executor, etc., and Others, Respondents. (Action No. 7.) — Motion to dismiss appeal denied upon condition that the papers on appeal be served not later than November 20, 1929; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CITIZENS DEVELOPMENT, INC., Respondent, v. BERNARD BLOOM, Defendant. NARSEG REALTY CO., INC., and ALBERT C. MOSS, Appellants, and AMBROSE G. TODD, as Executor, etc., and Others, Respondents. (Action No. 11.) — Motion to dismiss appeal denied upon condition that the papers on appeal be served not later than November 20, 1929; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CONTOURE LABORATORIES, INC., and HERBERT OPPENHEIMER, Respondents, v. EDWARD BECHER, Appellant.— Motion to resettle order granted. Order signed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

EYRICH & WARD, INC., Respondent, v. MASA REALTY CORPORATION, Appellant. JOSEPH M. BERLINGER and MORRIS L. KAUFMAN, Copartners, etc., Respondents, and LEON C. LOOMIS, Defendant.— Motion to vacate stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Revocation of Letters of Administration of the Goods, Chattels and Credits of JOHN FINDLAY, Deceased. ALFRED BROOKS, Appellant; WILLIAM FINDLAY and JEREMIAH WOOD, as Administrators, etc., of JOHN FINDLAY, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of GUISEPPE GIAMBRONE for Payment of Award for Damage Parcel No. 15 on the Damage Map and the Decree of the Court in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Academy Place, Yetman Avenue, Arlington Avenue and Manhattan Street, etc., Tottenville, Borough of